# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M/11 | 9467654 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 10/15/2025  1150 | MTA 13-401(h) | |

**Place of Offense:** Porter Street Fort Detrick MD 21702

**Offense Description: Factual Basis for Charge** HAZMAT ☐

MTA 13-401(h) Driving with Suspended Registration

### DEFENDANT INFORMATION

Phone: [redacted]

**Last Name:** KRAMER  **First:** Donald  **M.I.:** ERLON II

**Street Address:** [redacted] Columbia MD 21044

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9FJ9057 | MD | 11 | HYUN | | BLK |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 180  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Drive Fort Detrick MD 21702
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9467654*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 15, 20 25 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

At 1150 HRS while conducting Traffic Enforcement I observed a Black Hyundai Sonata, MD Reg 9FJ9057 Traveling E/B on Porter Street at a high rate of speed. I activated my Emergency Equipment and conducted a traffic stop on said vehicle. The Driver Kramer was Identified by their Driver's License. A Routine METERS check Confirmed that the registration was suspended in May for an outstanding service Equipment Repair. Kramer was issued a warning for Speed and Displaying Expired Registration.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/15/2025   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident